AO 91 (Rev. 11/11) Criminal Complaint

FILED
5/11/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
TD

AUSA Alec Smith (312) 353-5009

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER: 26CR221 |
| v. | |
| JAMES C. LAKE, JR.,<br>also known as James Lake | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about May 11, 2026, at Chicago, Illinois, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(g)(1) | knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a Llama .380 caliber semi-automatic pistol, bearing serial number A84046, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm. |

This criminal complaint is based upon these facts:

 X   Continued on the attached sheet.

*SA Brendan Mulvey*
BRENDAN J. MULVEY
Special Agent, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: May 11, 2026

*Jeannie W. Appen*
*Judge's signature*

City and state: Chicago, Illinois

JEANNICE W. APPENTENG, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## **AFFIDAVIT**

I, BRENDAN J. MULVEY, being duly sworn, state as follows:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and have been employed since June 2018.

2. I am currently assigned to the Crime Gun Intelligence Center of Chicago ("CGIC"). The CGIC is a multi-agency, joint-force collaboration to identify, investigate, and prosecute prolific firearms offenders and their sources of crime guns. As part of my duties as a Special Agent at the CGIC, I investigate violent crimes, criminal violations relating to firearms, and firearms trafficking. I have participated in numerous investigations that involve the illegal purchase, trafficking, possession, and use of firearms and ammunition during, and in relation to, crimes of violence. I have received training in the area of firearms investigations, and I have participated in multiple investigations involving violations of federal firearms laws. I have recovered and examined different types of firearms and ammunition and have become familiar with the appearance and characteristics of the make and model of multiple types of firearms.

3. This affidavit is submitted for the purpose of establishing probable cause to support a criminal complaint charging JAMES C. LAKE, JR., also known as James Lake ("LAKE"), with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). Because this affidavit is being submitted for the limited purpose of

establishing probable cause, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause to believe that LAKE committed the offense alleged in the complaint.

4.      This affidavit is based on my personal knowledge and involvement in this investigation, information provided to me by other law enforcement agents involved in this investigation, security video footage, photographs, my review of law enforcement and public records databases, my training and experience, and the training and experience of other law enforcement agents with whom I have consulted.

**PROBABLE CAUSE**

5.      There is probable cause to believe that, on May 11, 2026, at the Everett McKinley Dirksen United States Courthouse ("Dirksen Courthouse"), located at 219 S. Dearborn Street, Chicago, Illinois, LAKE possessed a firearm and ammunition, specifically, a Llama .380 caliber semi-automatic pistol, bearing serial number A84046, and 29 rounds of .380 caliber ammunition.

6.      According to federal criminal history records and court docket information, LAKE has been previously convicted of a crime punishable by a term of imprisonment exceeding one year. Specifically, on or about June 1, 1992, under case number 2:92-cr-00416-KMW-3, in the U.S. District Court for the Central District of California, LAKE was convicted of aiding and abetting, possession with intent to distribute a narcotic drug controlled substance, in violation of 18 U.S.C. § 2(a) and 21

U.S.C. § 841(a)(1), and on or about July 26, 1993, was sentenced to 46 months' imprisonment for such offense.

7.  According to law enforcement reports I have reviewed, security video footage, and my conversations with other law enforcement personnel involved in this investigation, on May 11, 2026, LAKE approached Court Security Officers (CSOs) on duty in the lobby of the Dirksen Courthouse at approximately 7:40 a.m.[1] As depicted in security video footage, LAKE was carrying a bookbag.

8.  According to a CSO, LAKE, in summary, stated to the CSOs that he wanted to turn himself in. The CSO explained to LAKE, in summary, the process of getting through security and asked LAKE if he had any violations, such as probation or parole, that would warrant the U.S. Marshals detaining him. LAKE responded, "No, I don't wanna cause any trouble, I just wanna get arrested." The CSO asked LAKE whether there was anything in the bookbag that LAKE was carrying that the CSO should know about, and LAKE responded, "Yes, there's a gun in there and some other stuff."

9.  The CSOs put LAKE's bookbag through the magnetometer in the Dirksen Courthouse lobby and observed a long dense metal object suspected to be a firearm. A CSO then searched LAKE's bookbag and found a black metallic handgun (later identified as a Llama .380 caliber semi-automatic pistol, bearing serial number

---

[1] For purposes of the identification of LAKE in the instant affidavit, I personally met with and assisted in the transportation of LAKE on May 11, 2026. I also personally observed that same individual, LAKE, in the Dirksen Courthouse security video footage described in this affidavit.

A84046) loaded with a magazine containing 6 rounds. Also found in LAKE's bookbag, were 23 live .380 caliber rounds of ammunition inside a white sock, a black and yellow folding box cutter, and a "jack knife" inside its sheath (collectively, "the contraband" as collectively displayed below).



10.    An inspector with the U.S. Marshals Service subsequently placed LAKE into custody at approximately 8:00 a.m. and retrieved the contraband, including the above-described firearm.

11.    Photographs of the firearm were reviewed and examined by ATF Special Agent William Engle, who is trained in conducting interstate nexus examinations of

2

firearms. After reviewing photographs of the firearm seized from LAKE, Special Agent Engle preliminarily determined that the firearm was manufactured outside the State of Illinois, and therefore traveled in interstate commerce prior to LAKE's possession of the firearm on May 11, 2026.

### CONCLUSION

12. Based on the foregoing, there is probable cause to believe that on or about May 11, 2026, JAMES C. LAKE, JR., also known as James Lake, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm, namely, a Llama .380 caliber semi-automatic pistol, bearing serial number A84046, and 29 rounds of .380 caliber ammunition, which firearm had traveled in interstate commerce prior to LAKE's possession of the firearm.

FURTHER AFFIANT SAYETH NOT.

*SA Brendan Mulvey*

BRENDAN J. MULVEY
Special Agent, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF)

SWORN TO AND AFFIRMED by telephone May 11, 2026.

Honorable JEANNICE W. APPENTENG
United States Magistrate Judge

2